

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | 746 East 4th Street, LLC | Ch. 11 |
|---|---|---|
| | Debtor | 24-10157-JEB |

### Order

**MATTER:**

#4 Assented Emergency Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case

Having reviewed the Motion and the record of these proceedings, good cause being shown, the Motion is granted. The case is dismissed.

Dated: 01/31/2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge